# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FARMINGTON CASUALTY COMPANY<br>as subrogee of THE ESTATE OF<br>THOMAS R. HIGHLAND<br>    Plaintiff,<br><br>    v.<br><br>HP INC.<br>and<br>PENTELEDATA<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION - LAW<br><br>NO. 2:23-cv-01022<br><br>JURY TRIAL DEMANDED |

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL
## PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Farmington Casualty Company a/s/o The Estate of Thomas R. Highland, hereby gives notice that its action is partially voluntarily dismissed against Defendant, PenTeleData, only. Defendant, PenTeleData, has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices partial voluntary dismissal of its action against Defendant, PenTeleData, only, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Plaintiff's action against the sole remaining Defendant, HP Inc., remains active and is NOT hereby voluntarily dismissed.

**WILLIAM J. FERREN & ASSOCIATES**

By:     /s/ Kevin M Kelly
**KEVIN M. KELLY, ESQUIRE**
PA ID  87413
PO Box 2903
Hartford, CT  06104
215-274-1719
Counsel for Plaintiff,
Farmington Casualty Company
a/s/o The Estate of Thomas R. Highland

Date:  March 17, 2023