IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FARMINGTON CASUALTY COMPANY,** as Subrogee of the Estate of Thomas R. Highland,<br>   **Plaintiff,**<br><br>   v.<br><br>**HP INC.,**<br>   **Defendant.** | CIVIL ACTION<br><br><br><br>NO. 23-1022 |

## O R D E R

**AND NOW**, this 21st day of November, 2023, upon consideration of Defendant's Motion to Transfer Venue (ECF No. 18), Plaintiff's Motion to Remand and Consolidate (ECF No. 19), and any responses thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Transfer (ECF No. 18) is **GRANTED**;

2. Plaintiff's Motion to Remand and Consolidate (ECF No. 19) is **DENIED**;

3. The Clerk of Court is directed to **TRANSFER** this case to the U.S. District Court for the Middle District of Pennsylvania.

                **BY THE COURT:**

                /s/ Hon. Kelley B. Hodge
                _____
                **HODGE, KELLEY B., J.**